UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>William Runnells</u>
       Petitioner

V.

CIVIL ACTION

NO. <u>1:05-CV-11159-RCL</u>

<u>U.S. Parole Commission, Warden David Winn, Et al.</u>
       Respondent

<u>O R D E R</u>

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

/s/ Reginald C. Lindsay
United States District Judge

<u>6/16/05</u>
Date

I hereby certify on 6-16-04 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Elizabeth E. Elfman
Deputy Clerk

(2241servINS.wpd - 09/00)

[2241serv.]