UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WILLIAM RUNNELLS**

V.                                              CIVIL ACTION NO. **05-11159-RCL**

**U.S. PAROLE COMMISSION, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of February 10, 2006 dismissing the petition, Judgment is hereby entered as follows: Judgment for the defendants U.S. Parole Commission and David Winn dismissing this action.

February 14, 2006                         /s/ Lisa M. Hourihan
                                          Deputy Clerk